```
                      UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT
```

------------------------------x
::
TRACIE L. M.                  :   Civ. No. 3:20CV01898(SALM)
:
v.                            :
:
KILOLO KIJAKAZI,              :
ACTING COMMISSIONER,          :
SOCIAL SECURITY               :   October 21, 2021
ADMINISTRATION[1]             :
:
------------------------------x

**<u>ORDER ON DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT</u>**

Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand of the Cause to the Defendant **[Doc. #21]** is **GRANTED**. Pursuant to the power of this Court to enter judgment affirming, modifying, or reversing the Commissioner's decision with or without remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of defendant's unopposed request to remand this action for further administrative proceedings, it is ordered that this matter be remanded to the Commissioner.

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021. She is now the proper defendant. <u>See</u> Fed. R. Civ. P. 25(d); 42 U.S.C. §405(g). The Clerk of the Court is directed to update the docket accordingly.

Upon remand, the Appeals Council is directed to affirm the favorable period beginning January 1, 2020, and remand the prior period to an Administrative Law Judge ("ALJ"). The ALJ is directed to (1) give further consideration to the medical opinion evidence pursuant to 20 C.F.R. §404.1527; (2) further evaluate plaintiff's residual functional capacity, particularly her ability to handle, finger, and engage in repetitive movements with the right upper extremity; (3) if warranted, obtain supplemental vocational evidence; (4) offer a new hearing; (5) complete the administrative record; and (6) issue a new decision.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

SO ORDERED at New Haven, Connecticut this 21st day of October, 2021.

    /s/
HON. SARAH A. L. MERRIAM
UNITED STATES DISTRICT JUDGE